Alex Asil Mashiri, Esq. (SBN 283798)
alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Tel: (858) 348-4938
Fax: (858) 348-4939
Attorneys for Plaintiff and Counter Defendant
FELIPE MAGALLON

Arjun P. Rao (SBN 265347)
Erick K. Kuylman (SBN 313202)
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:   310-556-5800
Facsimile:    310-556-5959
Attorneys for Defendant-Counter Claimant
CHASE BANK USA, N.A.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON | ) Case No. 17-cv-02135-L-BGS |
| Plaintiff, | ) |
| v. | ) |
| JPMORGAN CHASE BANK N.A. | ) **JOINT NOTICE OF** |
| Defendant. | ) **SETTLEMENT** |
| CHASE BANK USA, N.A. | ) |
| Counter Claimant, | ) |
| FELIPE MAGALLON | ) |
| Counter Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff-Counter Defendant FELIPE MAGALLON and Defendant-Counter Claimant CHASE BANK USA, N.A. have reached a settlement.  The parties anticipate filing a joint motion dismissing the entire action by no later than July 23, 2018.

Respectfully submitted,

DATED: May 25, 2018

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff-Counter Defendant
Felipe Magallon

DATED:  May 25, 2018

STROOCK & STROOCK & LAVAN LLP

By: /s/ Arjun P. Rao
    Arjun P. Rao
    Attorneys for Defendant-Counter
    Claimant Chase Bank USA, N.A.

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

## SIGNATURE CERTIFICATION

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mr. Arjun P. Rao counsel for Defendant-Counter Claimant and that I have obtained Mr. Rao's approval for his electronic signature to this document.

DATED:  May 25, 2018

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff-Counter Defendant
Felipe Magallon

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: May 25, 2018

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff-Counter Defendant
Felipe Magallon