# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON | Case No. 17-cv-02135-L-BGS |
| Plaintiff, | |
| v. | |
| JPMORGAN CHASE BANK N.A. | **ORDER OF DISMISSAL** |
| Defendant. | |
| CHASE BANK USA, N.A. | |
| Counter Claimant, | |
| FELIPE MAGALLON | |
| Counter Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Joint Motion to Dismiss is granted. Plaintiff/Counter Defendant FELIPE MAGALLON's claims are dismissed with prejudice. Defendant/Counter Claimant CHASE BANK USA, N.A.'s counterclaims are dismissed without prejudice. Each party shall bear his or its own costs and expenses.

**IT IS SO ORDERED.**

Dated: July 24, 2018

_____
Hon. M. James Lorenz
United States District Judge